# Smith, Ian

| | |
|---|---|
| **From:** | Leonard Bennett <lenbennett@clalegal.com> |
| **Sent:** | Monday, August 11, 2014 9:17 PM |
| **To:** | Love, Tony; Smith, Ian |
| **Cc:** | Kristi Cahoon Kelly; Vicki Ward; Matt Erausquin; Andrew Guzzo |
| **Subject:** | Thach |

Counsel:

We have confirmed that your client's ACDV vendor is contractually obligated to produce its docs and personnel at Equifax's instruction.

("9.6. Inspections and Audits
(a) Equifax Audit Rights. Provider shall maintain a complete audit trail, including all original transaction records, of all financial and non-financial transactions resulting from or arising in connection with the Agreement. Provider shall provide to Equifax, its financial staff, its auditors (including internal audit staff and external auditors), inspectors, regulators, customers and other representatives as Equifax may from time to time designate in writing, access at all reasonable times to any facility or part of a facility at which either Provider or any of its subcontractors is providing the Services, to Provider personnel, to Provider's systems, policies and procedures relating to the Services, and to data and records relating to the Services for the purpose of performing audits and inspections of Provider and any of its subcontractors")

We have noticed the Eqx ACDV operators. You have not produced them. We intend to move for sanctions if we do not receive an alternate date for those depositions.

Len

1