# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| THANH THACH, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) Civil Case No. 3:14-cv-00070-<br>) HEH<br>) |
| v. | )<br>) |
| EQUIFAX INFORMATION SERVICES, LLC,<br>*et al.*, | )<br>) Judge:  The Hon. Henry E. Hudson<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Experian Information Solutions, Inc. ("Experian" or "Defendant"), pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56 of the Rules of the United States District Court for the Eastern District of Virginia, respectfully moves this Court for summary judgment as to the claims brought against it under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*.

Experian provides the arguments in support of this motion for summary judgment in the accompanying memorandum.

Dated: September 5, 2014                                  Respectfully submitted,


                                                          */s/ Joseph W. Clark*

                                                          Joseph W. Clark (VSB No. 42664)
                                                          JONES DAY
                                                          51 Louisiana Avenue, NW
                                                          Washington, DC  20001
                                                          Tel: 202.879.3697
                                                          Fax: 202.626.1700
                                                          jwclark@jonesday.com

                                                          *Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2014, I filed a copy of the foregoing with the Court via the CM/ECF system, causing it to be served on all registered users, including the following counsel of record:

Leonard Anthony Bennett
Susan M. Rotkis
CONSUMER LITIGATION ASSOCIATES
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

*Counsel for Plaintiff*

Kristi Cahoon Kelly
Andrew Joseph Guzzo
KELLY & CRANDALL, PLC
4084 University Drive
Suite 202A
Fairfax, VA 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

*Counsel for Plaintiff*

John Willard Montgomery, Jr., VSB #37149
MONTGOMERY & SIMPSON, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com

John Anthony Love
Ian E. Smith
KING & SPALDING
1180 Peachtree St. NE
Atlanta, GA 30309-3521
Telephone: (404) 215-5725
Facsimile: (404) 572-5100
Email: Tlove@kslaw.com
Email: Iesmith@kslaw.com

*Counsel for Defendant Equifax Information Services, LLC*

*/s/ Joseph W. Clark*

Joseph W. Clark (VSB No. 42664)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
Tel: 202.879.3697
Fax: 202.626.1700
jwclark@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*