IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| THANH THACH, <br>     Plaintiff, <br> <br> v. <br> <br> EQUIFAX INFORMATION SERVICES, LLC, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> )    Civil No. 3:14cv70 (HEH) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

This matter comes before the Court for resolution of non-dispositive matters pursuant to 28 U.S.C. § 636 (b)(1)(A) on Plaintiff's Motion to Compel, or in the Alternative, Plaintiff's Motion in Limine (ECF Nos. 85, 87). Based on the representations of counsel for Defendants, the following issues have been resolved in the following manner: (1) Equifax has provided a stipulation of net worth that Plaintiff has accepted, (2) Equifax has agreed to produce the unredacted vendor agreement sought by Plaintiff and (3) Equifax agrees to ask the third-party employer of ACDV operators to make available for depositions the employees that handled Plaintiff's disputes that are at issue in this case. (Def. Equifax Information Services LLC's Surreply in Opp'n to Pl.'s Mot. to Compel, or, in the Alternative, Pl.'s Mot. in Limine ("Def.'s Surreply") (ECF No. 107) at 4-5.) Accordingly, the Court DENIES AS MOOT Plaintiff's Motion (ECF Nos. 85, 87) with respect to those issues.

Counsel for Defendant further represented to the Court that only two depositions remain at issue. (Def.'s Surreply at 5.) As to Plaintiff's request to depose Pamela Smith, the Court DENIES Plaintiff's Motion (ECF Nos. 85, 87). As to Plaintiff's request to depose Jose Duran, the Court GRANTS Plaintiff's Motion (ECF No. 85, 87). Plaintiff may depose Jose Duran; however, Plaintiff

must depose Jose Duran by not later than October 8, 2014, and the parties shall apportion the costs associated with such deposition in accordance with the Federal Rules of Civil Procedure and Local Rules.

The Clerk is directed to file this Order electronically and send a copy of this Order to all counsel of record and the Honorable Henry E. Hudson, United States District Judge.

It is so ORDERED.

                                             /s/
                              David J. Novak
                              United States Magistrate Judge

Richmond, Virginia
Date: September 8, 2014